UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BLACKWATER INDUSTRIES, LLC and BLACKWATER ENERGY PRODUCTS, LLC F/K/A KRO ENERGY PRODUCTS, LLC, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:24-cv-1040-LMB-IDD |
| v. | ) ) | |
| DGCI CORPORATION, | ) ) | |
| *Defendant*. | ) | |

## PLAINTIFFS' RESPONSE TO DGCI'S MOTION TO STRIKE PLAINTIFFS' REQUEST FOR JURY TRIAL

Plaintiffs Blackwater Industries, LLC ("Blackwater") and Blackwater Energy Products, LLC, f/k/a KRO Energy Products, LLC ("KRO") (collectively, "Plaintiffs") file this Response to DGCI Corporation's ("DGCI") Motion to Strike Plaintiffs' Request for Jury Trial or, in the Alternative, Motion for Clarification (Dkt. 149) (the "Motion").

To avoid further motion practice and the potential for unnecessarily complicating trial by involving both jury and non-jury issues, Plaintiffs hereby withdraw their demand for a jury trial. As a result, Plaintiffs are not opposed to DGCI's request to strike their jury demand so this case may proceed to trial before the Court on all issues.

### CONCLUSION

The Court should grant DGCI the relief requested in its Motion because there is no longer any dispute that this case should be tried, without a jury, in front of this Court.

1

Dated: January 20, 2025

Respectfully submitted,

*/s/ Jennifer L. Eaton*　＿＿＿＿

BLACKWATER INDUSTRIES, LLC,
BLACKWATER ENERGY PRODUCTS,
LLC f/k/a KRO ENERGY PRODUCTS,
LLC

Jennifer L. Eaton (VSB No. 87491)
Katherine M. Lennon (VSB No. 92358)
Woods Rogers Vandeventer Black PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Jennifer.Eaton@woodsrogers.com
Kate.Lennon@woodsrogers.com

Chris Reynolds (admitted *pro hac vice*)
SBN 16801900
creynolds@reynoldsfrizzell.com
Harris Wells (admitted *pro hac vice*)
SBN 24106563
hwells@reynoldsfrizzell.com
Erin Formby (admitted *pro hac vice*)
SBN 24125233
eformby@reynoldsfrizzell.com
Reynolds Frizzell, L.L.P.
1100 Louisiana, Suite 3500
Houston, TX 77002
Telephone: (713) 485-7200

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 20th day of January, 2025, a copy of this document was served via the Court's CMECF system automatically to:

Mariam W. Tadros (VSB No. 75502)
Jeremy L. Baker (VSB No. 90528)
WOMBLE BOND DICKINSON (US) LLP
8350 Broad Street, Suite 1500
Tysons, VA 22102
Mariam.Tadros@wbd-us.com
Jeremy.Baker@wbd-us.com

*Counsel for Defendant DGCI Corporation*

        */s/ Jennifer L. Eaton*

Jennifer L. Eaton (VSB #87491)
Katherine M. Lennon (VSB No. 92358)
Woods Rogers Vandeventer Black PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
Jennifer.Eaton@woodsrogers.com
Kate.Lennon@woodsrogers.com

3